# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY KENNETH ANDERSON,
Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
DIRECTOR OF NEVADA PRISON
JAMES DZURENDA; WARDEN JERRY
HOWELL; CCS I; CCS II; CCS III IN
ENTIRETY; ATTORNEY GENERAL;
SOUTHERN DESERT C.T.N.;
SOUTHERN DESERT ENTIRE
EXECUTIVE STAFF; AND SOUTHERN
DESERT CTN MEDICAL STAFF,
Respondents.

No. 82430

**FILED**

FEB 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a "petition in civil rights violations of NRS 658 title I, II, and III". Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

A review of the district court docket and minute entries does not indicate that a petition in civil rights violations was filed in the underlying case. The district court did grant a motion to dismiss appellant's amended complaint at a hearing held on January 21, 2021. However, it appears that the district court has not entered a final written order dismissing appellant's complaint, and thus, no final judgment has been entered. To the extent that appellant's appeal is from the district court's order granting a motion to dismiss, the appeal is premature. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380

21-04784

(1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). Accordingly, we conclude that we lack jurisdiction to consider this appeal,[1] and we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon


cc:  Hon. Adriana Escobar, District Judge
     Anthony Kenneth Anderson
     Attorney General/Carson City
     Eighth District Court Clerk

---

[1]Appellant's "motion of no hearing requested" is denied as moot.